SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and NEW YORK STATE SENATE et al., Appellants-Respondents.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 65 AD3d 74.

Motion by Atlantic Legal Foundation et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.

SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and NEW YORK STATE SENATE et al., Appellants-Respondents.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 65 AD3d 74.

Motion by Zachary W. Carter, Chairman of the Mayor's Advisory Committee on the Judiciary for the City of New York, for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.

In the Matter of ALPHEAUS MARCUS, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted October 19, 2009; decided December 15, 2009

Motion for leave to appeal dismissed upon the ground that this motion does not properly lie to the Court of Appeals directly from the judgment of Supreme Court (*see* CPLR 5602).